## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANGEL L. DEJESUS, JR., et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 5:23-cv-03424-JLS |
| | : | |
| LOUIS SANTIAGO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of July, 2026, upon consideration of the Motion for Summary Judgment filed by Defendants Louis Santiago, Matthew Karnish, Alexander Boehm, Brian Branston, Justin Williams, and Michael Good, and all related filings in support and in opposition thereto, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 37) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**